

266 So.2d 434

**Charles JUAN**

v.

**Curtis R. HARRIS et al.**

No. 52737.

Sept. 27, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

266 So.2d 434

**Birdie ROMERO**

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.**

No. 52745.

Sept. 27, 1972.

266 So.2d 434

**Linda Edwards WELCH et al.**

v.

**Rufus THOMAS, Sr., et al.**

No. 52707.

Sept. 27, 1972.

Dissenting Opinion Sept. 29, 1972.

